| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL G. TIERNEY<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 559-4000<br>Facsimile: (559) 559-4099 |
| 5 | |
| 6 | Attorneys for the<br>  United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:19-po-00150-JLT |
|---|---|
| Plaintiff, | UNITED STATES' MOTION AND [PROPOSED] ORDER FOR DISMISSAL |
| v. | |
| DANIEL E. TULBERG, | (Doc. 5) |
| Defendant. | |

The United States now moves to dismiss citation 6104397 issued to Daniel E. Tulberg, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: June 21, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant U.S. Attorney

1

[~~PROPOSED~~] Order

The Court hereby orders that citation number 6104397, issued to Daniel E. Tulberg is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **June 24, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2